**SHA-1 Hash:** 625659538761601BE56B75C3D1DF1053A7C8BB28    **Title**    X-Art Siterip #2
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 100.1.31.16 | 08/29/2012 21:21 | Jersey City | NJ | Verizon FiOS | BitTorrent |
| 2 | 100.1.9.122 | 09/11/2012 01:06 | Jersey City | NJ | Verizon Internet Services | BitTorrent |
| 3 | 98.109.59.106 | 09/10/2012 12:33 | Freehold | NJ | Verizon Internet Services | BitTorrent |
| 4 | 67.80.108.26 | 09/08/2012 19:09 | Hopatcong | NJ | Optimum Online | BitTorrent |
| 5 | 174.57.8.203 | 10/15/2012 07:44 | Pemberton | NJ | Comcast Cable | BitTorrent |
| 6 | 68.37.163.196 | 10/13/2012 05:28 | Clementon | NJ | Comcast Cable | BitTorrent |
| 7 | 68.44.139.190 | 10/10/2012 04:31 | Dayton | NJ | Comcast Cable | BitTorrent |

EXHIBIT A

CNJ29